PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Rahmel Smith                                      Cr.09-785-001
                                                                    PACTS Number: 043311

Name of Sentencing Judicial Officer: Honorable Susan Wigenton

Date of Original Sentence: 01/23/07

Original Offense: Conspiracy to commit access device fraud

Original Sentence: five months

Type of Supervision: 3 years supervised release            Date Supervision Commenced: 07/03/07

### PETITIONING THE COURT

[ ]  To extend the term of supervision for ____ Years, for a total term of ____ Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The offender shall participate in an approved program for anger management.

### CAUSE

The offender was arrested on September 29, 2009, and charged with harassment, criminal mischief and domestic violence. Smith had a verbal argument with his partner, which escalated into him throwing an ashtray and water at him. His charges were subsequently dismissed on October 6, 2009.

Respectfully submitted,

By: Andrea Shumsky
U.S. Probation Officer
Date: 11/02/09

PROB 12B - Page 2
Rahmel Smith

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

Nov. 9, 2009
Date